IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL COURT
IN AND FOR PALM BEACH COUNTY FLORIDA

Yvette Kanarick,

    Plaintiff,

vs.

SANTANDER CONSUMER USA,

    Defendant

Case No: 2012 CA 022644 XXXX MB

COMPLAINT FOR DEFAULT

Plaintiff Yvette Kanarick brings forth the following causes of action and alleges the following:

1. Plaintiff is an individual and resident of 2912 Shaughnessy Dr. Wellington, Florida, 33414 USA.

2. Defendant is a corporation and at the time of this complaint, has an address at 8585 Stemmons Fwy, Ste. 10, Dallas, TX 75247-3836.

3. On or about June 20, 2012, Plaintiff sent a NOTICE OF DISPUTE: DEMAND FOR VALIDATION OF PROOF OF CLAIM Pursuant to **Fair Debt Collection Practices Act**, USCS 1692 et seq., and the **Fair Credit Billing Act**, 15 U.S.C. 1666 (Exhibit A).

4. On or about June 20, 2012 Plaintiff issued a **Counter Claim Self-Executing Contract** if the defendant such as by commission, omission, and otherwise:

    (a) Fails to provide VALIDATION and PROOF OF CLAIM within thirty (30) days;

    (b) Makes a false representation of the character of the hereinabove-referenced alleged debt;

    (c) Makes a false representation of the legal status of the hereinabove-referenced alleged debt;

    (d) Makes any threat of action that cannot legally be taken, in violation of any applicable law, such as, the law codified at the *Fair Debt Collection Practices Act*,

5. Defendant failed to respond to NOTICE OF DISPUTE: DEMAND FOR VALIDATION OF PROOF OF CLAIM.

Complaint for Default- 1

EXHIBIT A

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL COURT
IN AND FOR PALM BEACH COUNTY FLORIDA

6. On or about August 5, 2012, Plaintiff directed a letter NOTICE OF ACCEPTANCE BY AQUIESCENCE AND ASSENT to **Counter Claim Self-Executing Contract** allowing 15 days to respond to the Plaintiff (Exhibit B).

7. On or about November 12th 2012, Plaintiff notices that Defendant continued to report invalidated information and upkeep negative remarks on Plaintiff's credit report

Plaintiff brings forth the following counts and allegations supporting his cause of action:

### COUNT 1 – BREACH OF DUTY

Defendant failed to perform the duties in the **Counter Claim Self-Executing Contract** in accordance to **Fair Debt Collection Practices Act, 15 USCG 1692 et seq.**, and the **Fair Credit Billing Act, 15 U.S.C. 1666** and continue to engage in

- Violation of the Fair Credit Reporting Act
- Violation of the Fair Debt Collection Practices Act
- Defamation of Character
- Violation of United States Code TITLE 18 PART 1 CHAPTER 63 Sec. 1341.

### DAMAGES

WHEREFORE, Plaintiff seeks compensatory damages in the amount of $449,441.00 together with attorney fees and court costs.

Dated this 12Th day of December, 2012

*[signature: Yvette Kanrick]*

Complaint for Default- 2